UNITED STATES DISTRICT
COURT DISTRICT OF MAINE

| | |
|---|---|
| RICKY COLLINS d/b/a MOUNT BLUE MOTEL<br><br>                          Plaintiff,<br><br>      v.<br><br>OHIO SECURITY INSURANCE COMPANY<br><br>                          Defendant. | Case No. 1:22-cv-00196-NT |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties hereby stipulate and agree that all claims at issue in this matter have been resolved and should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims at issue are hereby settled and the case is dismissed with prejudice with each party to bear its own costs.

Dated: July 20, 2023

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
MERLIN LAW GROUP
181 W. Madison Street, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
*pro hac vice*

/s/ Jonathan Mutch
Jonathan Mutch
ROBINS KAPLAN LLP
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
jmutch@robinskaplan.com
Attorneys for Defendant

/s/ Robert Weaver
Robert Weaver
IRWIN & MORRIS
60 Pineland Drive, Suite 202
Auburn Hall
New Gloucester, Maine 04260
rweaver@irwinmorris.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Robert Weaver, Esq., hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 20, 2023.

/s/ Robert W. Weaver
Robert W. Weaver, Esq.